**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| TRACY L. HURST | Case No. 09-54392-PJS<br>Chapter 7<br>Hon. PHILLIP J. SHEFFERLY |
| Debtor(s) | |
| _____/ | |

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $3.87 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374 | 12 | $1.63 |
| Blue Tarp Financial, Inc.<br>PO Box 105525<br>Atlanta, GA 30348-5525 | 16 | $2.24 |

                    **Total: $3.87**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 09/24/2010